IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:06-cr-00322 AWI |
| | ) | |
| Plaintiff, | ) | STIPULATION CONTINUING MOTION |
| | ) | HEARING FROM APRIL 30, 2007, |
| v. | ) | TO MAY 29, 2007. |
| | ) | |
| TYREE LOUIS WILLIAMS, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

On April 25, 2007, the following stipulation was filed:

The United States of America, by and through McGregor W. Scott, United States Attorney for the Eastern District of California, and Dawrence W. Rice, Jr., Assistant U.S. Attorney, and defendant, Tyre Louis Williams, by and through his counsel, Preciliano Martinez, Esq., hereby STIPULATE and AGREE that the motion to suppress hearing, currently scheduled for April 30, 2007, at 1:30 p.m., be continued to May 29, 2007, at 1:30 p.m., because one of the officers needed to testify at the hearing will be in training in San Diego on April 30th.  The government and defendant further stipulate and agree that time shall be excluded under the Speedy Trial Act through May 29th, due to the defendant's pending motion and the unavailability of a necessary

witness on April 30th.

DATED: April 25, 2007                                   Respectfully submitted,

                                                           McGREGOR W. SCOTT
                                                           United States Attorney

                                                           By/s/Dawrence W. Rice, Jr.
                                                              DAWRENCE W. RICE, JR.
                                                            Assistant U.S. Attorney

DATED: April 25, 2007                                   /s/Duce Rice for Percy
                                                           Martinez per telephone call
                                                           PRECILIANO MARTINEZ
                                                           Attorney at Law
                                                           Counsel for Defendant

## ORDER

In accordance with the stipulation, IT IS ORDERED that the motion hearing, currently scheduled for April 30, 2007, at 1:30 p.m., be continued to May 29, 2007, at 1:30 p.m.  Good cause exists pursuant to 18 U.S.C. §§ 3161(h)(1)(F), and time is excluded under the Speedy Trial Act through May 29, 2007, due to the pendency of pretrial motions which have not yet been heard by the court and the unavailability of a witness.

IT IS SO ORDERED.

**Dated:   April 25, 2007**                                   /s/ Anthony W. Ishii
                                                             UNITED STATES DISTRICT JUDGE